IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARLENE CORTEZ,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-1392** |
| | : | |
| **LOULOUA AL SABAH,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 24th day of March, 2025, upon consideration of Plaintiff Darlene Cortez's Motion to Proceed *In Forma Pauperis* (ECF No. 3), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's Memorandum.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                              **BY THE COURT:**

                              **/s/ Hon. Kelley B. Hodge**

                              _____
                              **HODGE, KELLEY B., J.**